540

*Waugh* for petitioners. No appearance for the United States.

No. 981. Powell et al. *v.* Alabama;

No. 982. Patterson *v.* Same; and

No. 983. Weems et al. *v.* Same. May 31, 1932. Petition for writs of certiorari to the Supreme Court of Alabama granted. *Mr. Walter H. Pollak* for petitioners. *Mr. Thomas E. Knight, Jr.,* for respondent.

No. 978. United States *v.* Great Northern Ry. Co. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Thacher, Assistant to the Attorney General O'Brian,* and *Messrs. Charles H. Weston* and *Elmer B. Collins,* for the United States. *Messrs. F. G. Dorety, R. J. Hagman, W. W. Millan,* and *R. E. L. Smith* for respondent.

No. 903. Doane-Commercial Towing Co. *v.* Mexican Petroleum Corp. May 31, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Albert T. Gould* for petitioner. *Messrs. Edward S. Dodge* and *Nathan W. Thompson* for respondent.

No. 884. Sevier Commission Co. et al. *v.* Wallowa National Bank. May 31, 1932. Petition for writ of certiorari to the Supreme Court of Oregon granted. *Messrs. James G. Wilson* and *John F. Reilly* for petitioners. *Messrs. Robert Treat Platt* and *Harrison G. Platt* for respondent.